# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN WILSON, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPX FLOW, INC., MAJDI B. ABULABAN, ) <br> ANNE K. ALTMAN, PATRICK D. ) <br> CAMPBELL, ROBERT F. HULL, JR., ) <br> MARCUS G. MICHAEL, JONATHAN M. ) <br> PRATT, SONYA M. ROBERTS, SUZANNE B. ) <br> ROWLAND, and DAVID V. SINGER, ) <br> ) <br>     Defendants. ) | Case No. 1:22-cv-00189-MN <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: March 8, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
    Brian D. Long (#4347)
    3828 Kennett Pike, Suite 208
    Wilmington, DE 19807
    Telephone: (302) 729-9100
    Email: BDLong@longlawde.com

*Attorneys for Plaintiff*